1  W. STEPHEN WILSON, ESQ., State Bar No. 58655
TOBIN & TOBIN
2  500 Sansome Street, 8th Floor
San Francisco, CA  94111-3211
3  Telephone:     (415) 433-1400
Facsimile: (415) 433-3883
4  E-mail: wswhome@aol.com

5

Attorneys for Petitioner
6  CHRISTOPHER INGLIS

7

8                 THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    [SAN FRANCISCO DIVISION]

11
SAN ANDREAS YOUTH SOCCER          )   Docket No.:  C-06-3155 SBA
12  ORGANIZATION, a California nonprofit   )
corporation; LORENZO FUENTES, a   )
13  minor, by his guardian ad litem, Nicole   )   PETITION AND ORDER FOR
Fuentes; KASEY INGLIS, a minor, by her   )   APPOINTMENT OF GUARDIAN
14  guardian ad litem, Christopher Inglis;   )   AD LITEM
KRISTY JORGENSEN, a minor, by her   )
15  guardian ad litem, Kurt Jorgensen; KIAN   )
KARAMDASHTI, a minor, by his guardian   )
16  ad litem, Shahin Karamdashti; LUCAS   )
LONERGAN, a minor, by his guardian ad   )
17  litem, Luke Lonergan; CAMILLE LOUIE, a   )
minor, by her guardian ad litem, Dennis   )
18  Louie; SOHA SAID, a minor, by her   )
guardian ad litem, Basil Said; DYLAN   )
19  SOLLFRANK, a minor, by his guardian ad   )
litem, Helmut Sollfrank; SOPHIA   )
20  VILLALTA, a minor, by her guardian ad   )
litem, Cisco Villalta   )
21                                                  )
                                                 )
22                                                  )
                                                 )
23             Plaintiffs,   )
                                                 )
24        vs.   )
                                                 )
25  CITY OF SAN CARLOS, a body politic,   )
MARK WEISS, in his capacity as City   )
26                                                  )
                                                 )

                               1

           Petition and Order for Appointment of Guardian Ad Litem

1  Manager of the City of San Carlos; and DOES )
   1-20, inclusive.                            )
2                                              )
                     Defendants                )
3                                              )
                                               )
4                                              )
                                               )
5                                              )
   _____ )
6

7          Petitioner, CHRISTOPHER INGLIS, states as follows:

8          1.      I am the father of Kasey Inglis, a minor of the age of 9 years, whose date of birth

9  is September 11, 1996.

10         2.      Kasey Inglis is about to commence an action against the City of San Carlos, a

11 body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, for their

12 unlawful enforcement of San Carlos' Field Use Policy which arbitrarily and capriciously denies

13 access to San Carlos' soccer fields to individuals who belong to soccer organizations whose

14 membership is less than 80% San Carlos residents.

15         3.      Kasey Inglis has no general guardian and no previous petition for appointment of

16

17 a guardian ad litem has been filed in this matter.

18         4.      My address is 2734 Victoria Manor, San Carlos, CA 94070.  I am a competent

19 and responsible person, and fully competent to act as guardian ad litem for Kasey Inglis.

20         5.      The address of Kasey Inglis is 2734 Victoria Manor, San Carlos, CA 94070.

21         6.      I am willing to act as guardian ad litem for Kasey Inglis, as confirmed by my

22 consent attached hereto.

23
           WHEREFORE, petitioner moves the court for an order appointing Christopher Inglis as
24
   guardian ad litem of Kasey Inglis for the purpose of bringing an action against the City of San
25

26

Petition and Order for Appointment of Guardian Ad Litem

1   Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos,

2   on the claim hereinabove stated.

3        I declare under penalty of perjury that the foregoing is true and correct.

4        Executed this _____ day of March, 2006, at _____, California.

5

6                                              _____
                                               CHRISTOPHER INGLIS
7

8

9   DATED:  March ____, 2006                   TOBIN & TOBIN

10

11                                             _____

12                                                W. STEPHEN WILSON, ESQ.
                                                  500 Sansome Street, 8th Floor
13                                                San Francisco, CA  94111-3211
                                                  Attorneys for Petitioner, Christopher Inglis
14

15

16

17                    CONSENT TO ACT AS GUARDIAN AD LITEM

18        I, Christopher Inglis, consent to act as guardian ad litem in the above action.

19

20   DATED:  March ____, 2006

21

22                                             _____

23

24

25

26

Petition and Order for Appointment of Guardian Ad Litem

1

ORDER

2          The petition for an order appointing Christopher Inglis as guardian ad litem of Kasey

3    Inglis is GRANTED.

4          IT IS SO ORDERED

5

6    Dated:   6/2/06

7

8

9                                                        _____
                                                         United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

Petition and Order for Appointment of Guardian Ad Litem