1  W. STEPHEN WILSON, ESQ., State Bar No. 58655
   TOBIN & TOBIN
2  500 Sansome Street, 8th Floor
   San Francisco, CA  94111-3211
3  Telephone:     (415) 433-1400
4  Facsimile: (415) 433-3883
   E-mail: wswhome@aol.com
5
   Attorneys for Petitioner
6  SHAHIN KARAMDASHTI

7
                THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                     [SAN FRANCISCO DIVISION]
10

11 | SAN ANDREAS YOUTH SOCCER                ) Docket No.:  C-06-3155 SBA
12 | ORGANIZATION, a California nonprofit    )
   | corporation; LORENZO FUENTES, a         )
13 | minor, by his guardian ad litem, Nicole  ) PETITION AND ORDER FOR
   | Fuentes; KASEY INGLIS, a minor, by her  ) APPOINTMENT OF GUARDIAN
14 | guardian ad litem, Christopher Inglis;  ) AD LITEM
   | KRISTY JORGENSEN, a minor, by her       )
15 | guardian ad litem, Kurt Jorgensen; KIAN  )
16 | KARAMDASHTI, a minor, by his guardian   )
   | ad litem, Shahin Karamdashti; LUCAS      )
17 | LONERGAN, a minor, by his guardian ad   )
   | litem, Luke Lonergan; CAMILLE LOUIE, a  )
18 | minor, by her guardian ad litem, Dennis )
   | Louie; SOHA SAID, a minor, by her        )
19 | guardian ad litem, Basil Said; DYLAN     )
   | SOLLFRANK, a minor, by his guardian ad  )
20 | litem, Helmut Sollfrank; SOPHIA          )
   | VILLALTA, a minor, by her guardian ad   )
21 | litem, Cisco Villalta                    )
22 |                                          )
   |                                          )
23 |           Plaintiffs,                    )
   |                                          )
24 |      vs.                                 )
   |                                          )
25 | CITY OF SAN CARLOS, a body politic,      )
   | MARK WEISS, in his capacity as City      )
26 |                                          )

                                    1

          Petition and Order for Appointment of Guardian Ad Litem

Manager of the City of San Carlos; and DOES )
1-20, inclusive.                              )
                                              )
        Defendants                            )
                                              )
                                              )
                                              )
                                              )
_____)

Petitioner, SHAHIN KARAMDASHTI, states as follows:

1. I am the father of Kian Karamdashti, a minor of the age of 8 years, whose date of birth is December 18, 1997.

2. Kian Karamdashti is about to commence an action against the City of San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, for their unlawful enforcement of San Carlos' Field Use Policy which arbitrarily and capriciously denies access to San Carlos' soccer fields to individuals who belong to soccer organizations whose membership is less than 80% San Carlos residents.

3. Kian Karamdashti has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. My address is 2724 San Carlos Avenue, San Carlos, CA 94070.  I am a competent and responsible person, and fully competent to act as guardian ad litem for Kian Karamdashti.

5. The address of Kian Karamdashti is 2724 San Carlos, San Carlos, CA 94070.

6. I am willing to act as guardian ad litem for Kian Karamdashti, as confirmed by my consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Shahin Karamdashti as guardian ad litem of Kian Karamdashti for the purpose of bringing an action against the City

of San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, on the claim hereinabove stated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of March, 2006, at _____, California.

_____
SHAHIN KARAMDASHTI

DATED: March ____, 2006          TOBIN & TOBIN

_____
   W. STEPHEN WILSON, ESQ.
   500 Sansome Street, 8th Floor
   San Francisco, CA  94111-3211
   Attorneys for Petitioner, Shahin
   Karamdashti

CONSENT TO ACT AS GUARDIAN AD LITEM

I, Shahin Karamdashti, consent to act as guardian ad litem in the above action.

DATED: March ____, 2006

_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER

The petition for an order appointing Shahin Karamdashti as guardian ad litem of Kian Karamdashti is GRANTED.

IT IS SO ORDERED

Dated: 6/2/06

_Sandra B. Armstrong_

United States District Judge