| | |
|---|---|
| 1 | W. STEPHEN WILSON, ESQ., State Bar No. 58655 |
| 2 | TOBIN & TOBIN |
|   | 500 Sansome Street, 8th Floor |
| 3 | San Francisco, CA  94111-3211 |
|   | Telephone:     (415) 433-1400 |
| 4 | Facsimile: (415) 433-3883 |
|   | E-mail: wswhome@aol.com |
| 5 | |
|   | Attorneys for Petitioner |
| 6 | LUKE LONERGAN |

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[SAN FRANCISCO DIVISION]

| | | |
|---|---|---|
| SAN ANDREAS YOUTH SOCCER ORGANIZATION, a California nonprofit corporation; LORENZO FUENTES, a minor, by his guardian ad litem, Nicole Fuentes; KASEY INGLIS, a minor, by her guardian ad litem, Christopher Inglis; KRISTY JORGENSEN, a minor, by her guardian ad litem, Kurt Jorgensen; KIAN KARAMDASHTI, a minor, by his guardian ad litem, Shahin Karamdashti; LUCAS LONERGAN, a minor, by his guardian ad litem, Luke Lonergan; CAMILLE LOUIE, a minor, by her guardian ad litem, Dennis Louie; SOHA SAID, a minor, by her guardian ad litem, Basil Said; DYLAN SOLLFRANK, a minor, by his guardian ad litem, Helmut Sollfrank; SOPHIA VILLALTA, a minor, by her guardian ad litem, Cisco Villalta | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No.:  C-06-3155 SBA<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY OF SAN CARLOS, a body politic, MARK WEISS, in his capacity as City | ) ) ) ) | |

1

Petition and Order for Appointment of Guardian Ad Litem

Manager of the City of San Carlos; and DOES )
1-20, inclusive. )
)
        Defendants )
)
)
)
)
)

      Petitioner, LUKE LONERGAN, states as follows:

    1.    I am the father of Lucas Lonergan, a minor of the age of 10 years, whose date of birth is November 2, 1995.

    2.    Lucas Lonergan is about to commence an action against the City of San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, for their unlawful enforcement of San Carlos' Field Use Policy which arbitrarily and capriciously denies access to San Carlos' soccer fields to individuals who belong to soccer organizations whose membership is less than 80% San Carlos residents.

    3.    Lucas Lonergan has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

    4.    My address is 385 Portofino Drive, San Carlos, CA 94070.  I am a competent and responsible person, and fully competent to act as guardian ad litem for Lucas Lonergan.

    5.    The address of Lucas Lonergan is 385 Portofino Drive, San Carlos, CA 94070.

    6.    I am willing to act as guardian ad litem for Lucas Lonergan, as confirmed by my consent attached hereto.

    WHEREFORE, petitioner moves the court for an order appointing Luke Lonergan as guardian ad litem of Lucas Lonergan for the purpose of bringing an action against the City of

1  San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San
2  Carlos, on the claim hereinabove stated.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed this _____ day of March, 2006, at _____, California.

                                                    _____
                                                     LUKE LONERGAN


DATED:  March ____, 2006            TOBIN & TOBIN



                                                    _____
                                                     W. STEPHEN WILSON, ESQ.
                                                     500 Sansome Street, 8th Floor
                                                     San Francisco, CA  94111-3211
                                                     Attorneys for Petitioner, Luke Lonergan




                    CONSENT TO ACT AS GUARDIAN AD LITEM

    I, Luke Lonergan, consent to act as guardian ad litem in the above action.


DATED:  March ____, 2006



                                                    _____

ORDER

The petition for an order appointing Luke Lonergan as guardian ad litem of Lucas Lonergan is GRANTED.

IT IS SO ORDERED

Dated: 6/2/06

_____
United States District Judge