| | |
|---|---|
| 1 | W. STEPHEN WILSON, ESQ., State Bar No. 58655 |
| 2 | TOBIN & TOBIN |
|   | 500 Sansome Street, 8th Floor |
| 3 | San Francisco, CA  94111-3211 |
|   | Telephone:     (415) 433-1400 |
| 4 | Facsimile: (415) 433-3883 |
|   | E-mail: wswhome@aol.com |
| 5 | |
| 6 | Attorneys for Petitioner |
|   | DENNIS LOUIE |

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[SAN FRANCISCO DIVISION]

SAN ANDREAS YOUTH SOCCER ORGANIZATION, a California nonprofit corporation; LORENZO FUENTES, a minor, by his guardian ad litem, Nicole Fuentes; KASEY INGLIS, a minor, by her guardian ad litem, Christopher Inglis; KRISTY JORGENSEN, a minor, by her guardian ad litem, Kurt Jorgensen; KIAN KARAMDASHTI, a minor, by his guardian ad litem, Shahin Karamdashti; LUCAS LONERGAN, a minor, by his guardian ad litem, Luke Lonergan; CAMILLE LOUIE, a minor, by her guardian ad litem, Dennis Louie; SOHA SAID, a minor, by her guardian ad litem, Basil Said; DYLAN SOLLFRANK, a minor, by his guardian ad litem, Helmut Sollfrank; SOPHIA VILLALTA, a minor, by her guardian ad litem, Cisco Villalta

          Plaintiffs,

   vs.

CITY OF SAN CARLOS, a body politic, MARK WEISS, in his capacity as City

) Docket No.: C-06-3155 SBA
)
) PETITION AND ORDER FOR
) APPOINTMENT OF GUARDIAN
) AD LITEM

1

Petition and Order for Appointment of Guardian Ad Litem

Manager of the City of San Carlos; and DOES )
1-20, inclusive. )
)
    Defendants )
)
)
)
)
)

  Petitioner, DENNIS LOUIE, states as follows:

  1. I am the father of Camille Louie, a minor of the age of 9 years, whose date of birth is December 15, 1996.

  2. Camille Louie is about to commence an action against the City of San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, for their unlawful enforcement of San Carlos' Field Use Policy which arbitrarily and capriciously denies access to San Carlos' soccer fields to individuals who belong to soccer organizations whose membership is less than 80% San Carlos residents.

  3. Camille Louie has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

  4. My address is 1672 Howard Avenue, San Carlos, CA 94070.  I am a competent and responsible person, and fully competent to act as guardian ad litem for Camille Louie.

  5. The address of Camille Louie is 1672 Howard Avenue, San Carlos, CA 94070.

  6. I am willing to act as guardian ad litem for Camille Louie, as confirmed by my consent attached hereto.

  WHEREFORE, petitioner moves the court for an order appointing Dennis Louie as guardian ad litem of Camille Louie for the purpose of bringing an action against the City of San

Petition and Order for Appointment of Guardian Ad Litem

Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, on the claim hereinabove stated.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed this _____ day of March, 2006, at _____, California.

               _____
               DENNIS LOUIE

DATED: March ____, 2006     TOBIN & TOBIN

              _____
               W. STEPHEN WILSON, ESQ.
               500 Sansome Street, 8th Floor
               San Francisco, CA  94111-3211
               Attorneys for Petitioner, Dennis Louie

        CONSENT TO ACT AS GUARDIAN AD LITEM

 I, Dennis Louie, consent to act as guardian ad litem in the above action.

DATED: March ____, 2006

                 _____

Petition and Order for Appointment of Guardian Ad Litem

ORDER

The petition for an order appointing Dennis Louie as guardian ad litem of Camille Louie is GRANTED.

IT IS SO ORDERED

Dated: 6/2/06

_____
United States District Judge