1  W. STEPHEN WILSON, ESQ., State Bar No. 58655
   TOBIN & TOBIN
2  500 Sansome Street, 8th Floor
3  San Francisco, CA  94111-3211
   Telephone:     (415) 433-1400
4  Facsimile: (415) 433-3883
   E-mail: wswhome@aol.com
5
   Attorneys for Petitioner
6  HELMUT SOLLFRANK

7

8              THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  [SAN FRANCISCO DIVISION]

11

| | |
|---|---|
| SAN ANDREAS YOUTH SOCCER ORGANIZATION, a California nonprofit corporation; LORENZO FUENTES, a minor, by his guardian ad litem, Nicole Fuentes; KASEY INGLIS, a minor, by her guardian ad litem, Christopher Inglis; KRISTY JORGENSEN, a minor, by her guardian ad litem, Kurt Jorgensen; KIAN KARAMDASHTI, a minor, by his guardian ad litem, Shahin Karamdashti; LUCAS LONERGAN, a minor, by his guardian ad litem, Luke Lonergan; CAMILLE LOUIE, a minor, by her guardian ad litem, Dennis Louie; SOHA SAID, a minor, by her guardian ad litem, Basil Said; DYLAN SOLLFRANK, a minor, by his guardian ad litem, Helmut Sollfrank; SOPHIA VILLALTA, a minor, by her guardian ad litem, Cisco Villalta | Docket No.:  C-06-3155 SBA<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |
| Plaintiffs, | |
| vs. | |
| CITY OF SAN CARLOS, a body politic, MARK WEISS, in his capacity as City | |

1

Petition and Order for Appointment of Guardian Ad Litem

Manager of the City of San Carlos; and DOES )
1-20, inclusive.                             )
                                             )
                Defendants                   )
                                             )
                                             )
                                             )
                                             )
_____  )

Petitioner, HELMUT SOLLFRANK, states as follows:

1.   I am the father of Dylan Sollfrank, a minor of the age of 7 years, whose date of birth is April 8, 1998.

2.   Dylan Sollfrank is about to commence an action against the City of San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, for their unlawful enforcement of San Carlos' Field Use Policy which arbitrarily and capriciously denies access to San Carlos' soccer fields to individuals who belong to soccer organizations whose membership is less than 80% San Carlos residents.

3.   Dylan Sollfrank has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.   My address is 840 Regent Court, San Carlos, CA 94070.  I am a competent and responsible person, and fully competent to act as guardian ad litem for Dylan Sollfrank.

5.   The address of Dylan Sollfrank is 840 Regent Court, San Carlos, CA 94070.

6.   I am willing to act as guardian ad litem for Dylan Sollfrank, as confirmed by my consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Helmut Sollfrank as guardian ad litem of Dylan Sollfrank for the purpose of bringing an action against the City of

Petition and Order for Appointment of Guardian Ad Litem

San Carlos, a body politic, and Mark Weiss, in his capacity as the Manager of the City of San Carlos, on the claim hereinabove stated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of March, 2006, at _____, California.

_____
HELMUT SOLLFRANK

DATED:  March ____, 2006			TOBIN & TOBIN

_____
W. STEPHEN WILSON, ESQ.
500 Sansome Street, 8th Floor
San Francisco, CA  94111-3211
Attorneys for Petitioner, Helmut Sollfrank

CONSENT TO ACT AS GUARDIAN AD LITEM

I, Helmut Sollfrank, consent to act as guardian ad litem in the above action.

DATED:  March ____, 2006

_____

ORDER

The petition for an order appointing Helmut Sollfrank as guardian ad litem of Dylan Sollfrank is GRANTED.

IT IS SO ORDERED

Dated:  6/2/06

_____
United States District Judge