1 | Robert J. Lanzone, City Attorney, SBN: 45484
AARONSON, DICKERSON, COHN & LANZONE
2 | 939 Laurel Street, Suite D
P.O. Box 1065
3 | San Carlos, CA 94070-3940
Telephone: (650) 593-3117
4 | Facsimile: (650) 637-1401
Email:  rlanzone@adel.com
5 |
Rick W. Jarvis, SBN: 154479
6 | Benjamin P. Fay, SBN: 178856
JARVIS, FAY & DOPORTO, LLP
7 | 475 14th Street, Suite 260
Oakland, CA 94612
8 | Telephone: (510) 238-1400
Facsimile: (510) 238-1404
9 | Email: bfay@jarvisfay.com

10 | Attorneys for Defendants
CITY OF SAN CARLOS and MARK WEISS

11 |

12 |                   UNITED STATES DISTRICT COURT

13 |                 NORTHERN DISTRICT OF CALIFORNIA

14 |

15 | SAN ANDREAS YOUTH SOCCER                )    CASE NO:   C06-03155 SBA (WDB)
ORGANIZATION, a California nonprofit     )
16 | corporation; L.F., a minor, by his guardian ad )
litem, Nicole Fuentes; K.I., a minor, by her    )
17 | guardian ad litem, Christopher Inglis; K.J., a  )    **STIPULATION AND ORDER TO EXTEND**
minor, by her guardian ad litem, Kurt Jorgensen; )   **DEADLINE FOR FILING MOTION FOR**
18 | K.K., a minor, by his guardian ad litem, Shahin )    **ATTORNEY'S FEES**
Karamdashti; L.L., a minor, by his guardian ad  )
19 | litem, Luke Lonergan; C.L., a minor, by her     )
guardian ad litem, Dennis Louie; S.S., a minor, )    **[Local Rules 6-2(a),  54-6(a)]**
20 | by her guardian ad litem, Basil Said; D.S., a   )
minor, by her guardian ad litem, Helmut         )    Courtroom:      3
21 | Sollfrank; S.V., a minor, by her guardian ad    )    Judge:          Hon. Saundra B. Armstrong
litem, Cisco Villalta,                          )
22 |                                                 )
Plaintiffs,           )
23 | v.                                              )
)
24 | CITY OF SAN CARLOS, a body politic,             )
MARK WEISS, in his capacity as City Manager     )
25 | of the City of San Carlos; and DOES 1-20,       )
inclusive,                                      )
26 |                                                 )
Defendants.           )
27 | _____ )

28 |

1   The parties to this lawsuit, by and through their attorneys of record, hereby request that the Court

2   extend by two weeks the deadline by which the Defendants must file a motion for attorney's fees.  The

3   parties are currently discussing a resolution of the Defendants' potential claim for attorney's fees and

4   the Plaintiffs' potential appeal of the judgment.  An extension of two weeks will enable the parties to

5   focus on resolving these issues without the concurrent pressure and cost of preparing the motion for

6   attorney's fees.

7                                              Stipulation

8   The Plaintiffs SAN ANDREAS YOUTH SOCCER ORGANIZATION; L.F., a minor, by his

9   guardian ad litem, Nicole Fuentes; K.I., a minor, by her guardian ad litem, Christopher Inglis; K.J., a

10  minor, by her guardian ad litem, Kurt Jorgensen; K.K., a minor, by his guardian ad litem, Shahin

11  Karamdashti; L.L., a minor, by his guardian ad litem, Luke Lonergan; C.L., a minor, by her guardian ad

12  litem, Dennis Louie; S.S., a minor, by her guardian ad litem, Basil Said; D.S., a minor, by his guardian

13  ad litem, Helmut Sollfrank; and S.V., a minor, by her guardian ad litem, Cisco Villalta, and the

14  Defendants CITY OF SAN CARLOS and MARK WEISS hereby stipulate that the deadline by which

15  the Defendants must file a motion for attorney's fees should be extended by two weeks from May 24,

16  2007 to June 7, 2007 and respectfully request that the Court effectuate this stipulation.

17  IT IS SO STIPULATED:

18

19  Dated:  May 18, 2007                    TOBIN & TOBIN

20

21                                          By: _____/s/Daniel C. Zamora_____
                                                        Daniel C. Zamora
22                                          Attorneys for Plaintiffs
                                            SAN ANDREAS YOUTH SOCCER ORGANIZATION,
23                                          et al.

24
    Dated:  May 18, 2007                    JARVIS, FAY & DOPORTO, LLP
25

26
                                            By:_____/s/Benjamin P. Fay_____
27                                                       Benjamin P. Fay
                                            Attorneys for Defendants
28                                          CITY OF SAN CARLOS and MARK WEISS

                                              1

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3   Dated:   _5/22/07                          _Saundra B Armstrong_____

4                                              Judge of the United States District Court

5

6

7   C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stip&Order re Atty Fee.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend Deadline for Motion for Attorney's Fees          Case No: C06-03155 SBA (WDB)