W. STEPHEN WILSON, ESQ., State Bar No. 58655
DANIEL C. ZAMORA, ESQ., State Bar No. 224374
TOBIN & TOBIN
500 Sansome Street, 8th Floor
San Francisco, CA 94111-3211
Telephone: (415) 433-1400
Facsimile: (415) 433-3883
E-mail: wswhome@aol.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[OAKLAND DIVISION]

| | |
|---|---|
| SAN ANDREAS YOUTH SOCCER ORGANIZATION, a California nonprofit corporation; L. F., a minor, by his guardian ad litem, Nicole Fuentes; K. I., a minor, by her guardian ad litem, Christopher Inglis; K. J., a minor, by her guardian ad litem, Kurt Jorgensen; K. A., a minor, by his guardian ad litem, Shahin Karamdashti; L. L., a minor, by his guardian ad litem, Luke Lonergan; C. L., a minor, by her guardian ad litem, Dennis Louie; D. S., a minor, by his guardian ad litem, Helmut Sollfrank; S. V., a minor, by her guardian ad litem, Cisco Villalta<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN CARLOS, a body politic, MARK WEISS, in his capacity as City Manager of the City of San Carlos; and DOES 1-20, inclusive.<br><br>Defendants | Docket No.: C06-03155 SBA (WDB)<br><br>**STIPULATION RE: PLAINTIFFS' APPEAL AND DEFENDANTS' ATTORNEY'S FEES AND COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiffs and defendants, by and through their designated counsel of record, that plaintiffs San Andreas Youth Soccer Organization; L.F., a minor, by his guardian ad litem, Nicole Fuentes; K.I., a minor, by her guardian ad litem, Christopher Inglis; K.J., a minor, by her guardian ad litem, Kurt Jorgensen; K.K., a minor, by his guardian ad litem, Shahin Karamdashti; L.L., a minor, by his guardian ad litem, Luke Lonergan; C.L., a minor, by her guardian ad litem, Dennis Louie; S.S., a minor, by her guardian ad litem, Basid Said; D.S., a minor, by his guardian ad litem, Helmut Sollfrank; and S.V., a minor, by her guardian ad litem, Cisco Villalta, will not appeal this Court's Final Judgment and Order Granting Defendants' Motion for Summary Judgment, both filed May 10, 2007, and defendants City of San Carlos and Mark Weiss, in turn, will not seek to recover any attorney's fees or costs they incurred in the above-referenced action.

DATED: May 31, 2007

TOBIN & TOBIN

By: _____
W. STEPHEN WILSON, ESQ.
Attorneys for Plaintiffs
SAN ANDREAS YOUTH SOCCER
ORGANIZATION, et al.

DATED: May 29, 2007

JARVIS, FAY & DOPORTO, LLP

By: _____
BENJAMIN P. FAY, ESQ.
Attorneys for Defendants
CITY OF SAN CARLOS and MARK
WEISS

1

STIPULATION RE: PLAINTIFFS' APPEAL AND DEFENDANTS' ATTORNEY'S FEES AND COSTS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6-14-07

*Sandra B. Armstrong*
Judge of the United States District Court

STIPULATION RE: PLAINTIFFS' APPEAL AND DEFENDANTS' ATTORNEY'S FEES AND COSTS